# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF WASHINGTON

vs.

**ANDREW ANTHONY RIVERA**  No. CR 16-125-BLG-SPW

DOB: -1993   PETITION TO OPEN
   JUVENILE/SEALED RECORDS
SSN: XXX-XX-4457

Whereas the above-name defendant entered a plea of GUILTY to *Transportation of a Person with Intent to Engage in Criminal Sexual Activity* and a Pre-Sentence Investigation was ordered into the Defendant's background, the Petitioner requests all juvenile or sealed records pertaining to the Defendant, including Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records and Department of Institutions records, be made available.

_____ U.S. Probation/Parole Officer

Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____ U.S. District Judge

Dated this 16th day of May, 2017.